DARREN S. ENENSTEIN (SBN 195894)
*dse@enensteinlaw.com*
NED M. GELHAAR (SBN 163185)
*ngelhaar@enensteinlaw.com*
**ENENSTEIN PHAM & GLASS, LLP**
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
Tel (310) 899-2070
Fax (310) 496-1930
Attorneys for Plaintiff Marantz Brothers, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARANTZ BROTHERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TATE & LYLE INGREDIENTS AMERICAS LLC, a Delaware Limited Liability Company; VINCENT PINNERI, an individual; PERRY TESSITORE, an individual; TRAVIS ELLIOTT, an individual; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:20-cv-00317 PSG (AFMx)<br><br>**DISCOVERY MATTER: DECLARATION OF NED M. GELHAAR, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE PORTIONS OF JOINT STIPULATION PER L.R. 37-2 RE MOTION FOR *IN CAMERA* REVIEW AND/OR PRODUCTION OF DOCUMENTS UNDER CRIME-FRAUD EXCEPTION TO ATTORNEY CLIENT PRIVILEGE AND SUPPORTING DOCUMENTS UNDER SEAL**<br><br>*[Application for Leave to Find Under Seal and Notice of Motion and Motion for* In Camera *Review And/Or Production of Documents Under Crime-Fraud Exception to Attorney Client Privilege filed herewith]*<br><br>**Honorable Alexander F. MacKinnon** |

1
DECLARATION OF NED M. GELHAAR, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE PORTIONS OF JOINT STIPULATION RE MOTION FOR *IN CAMERA* REVIEW AND/OR PRODUCTION OF DOCUMENTS UNDER SEAL

|   |   |
|---|---|
| 1 | **DATE:** **January 18, 2022** |
| 2 | **TIME:** **10:00 a.m.** |
|   | **LOCATION: Courtroom 780** |
| 3 | Roybal Federal Bldg. and Courthouse |
| 4 | 255 E. Temple St., 7th Floor |
|   | Los Angeles, California 90012 |
| 5 |   |
|   | **Discovery Cut Off: February 11, 2022** |
| 6 | **Pretrial-Conference: May 6, 2022** |
| 7 | **Trial Date: May 19, 2022** |

DECLARATION OF NED M. GELHAAR, ESQ. IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR LEAVE TO FILE PORTIONS OF JOINT
STIPULATION RE MOTION FOR *IN CAMERA* REVIEW AND/OR
PRODUCTION OF DOCUMENTS UNDER SEAL

# DECLARATION OF NED M. GELHAAR

I, Ned M. Gelhaar, declare as follows:

1. I am a Partner in the law firm Enenstein Pham & Glass, LLP, counsel for Marantz Brothers, LLC ("Co-Op") in this matter. I submit this declaration in support of Marantz Brothers, LLC's Application for Leave to File Portions of Co-Op's and defendant Tate & Lyle Ingredients Americas, LLC's ("T&L") Joint Stipulation Pursuant to Local Rule 37-2 Re Co-Op's Motion For *In Camera* Review And/Or Production Of Documents Under Crime-Fraud Exception To Attorney Client Privilege ("Joint Stipulation") and the documents supporting the Joint Stipulation Under Seal ("Application"). I have personal knowledge of the facts in this declaration and if called as a witness in the matter, I could testify competently to them.

2. Co-Op requests to file the Application under seal for the same reasons set forth in Co-Op's Application for Leave to File to Portions of Complaint Under Seal filed on January 10, 2020. Further, Co-Op requests to file the Application under seal to prevent a potential breach of its Protective Order, which was entered into by Co-Op and T&L. [Dkt. 65].

3. On January 21, 2020, the Court granted Co-Op's request to file portions of the Complaint. [Dkt. 9] On April 15, 2020, the Court issued its Order Granting Marantz Brothers, LLC's Application for Leave to File Portions of First Amended Complaint under seal, which provided that all future amended complaints could be filed under seal as well. [Dkt. 31].

4. As Co-Op's counsel, I have access to certain documents in Co-Op's possession, custody, and control. Co-Op is a party to a nondisclosure agreement with what is believed to be a subsidiary of Caldic B.V. ("Caldic")—Caldic Canada Inc. The NDA reads in pertinent part as follows:

> The Company and Third Party wish to explore a business possibility ("Transaction") under which the Company and Third Party may each disclose its Confidential Information to each other. . . . .
>
> "Confidential Information" means any and all information, technical data or know-how, including, but not limited to, that which relates to research, products, services, customers, markets, software, developments, inventions, processes, designs, presentation materials, analyses, forecasts, studies, drawings, engineering, marketing or finances, disclosed orally or in written or electronic form. . . . .
>
> ***Neither the receiving party or the disclosing party will***, without the other's prior written consent, ***disclose to any person*** the fact that the Confidential Information exists or has been made available, ***that either the disclosing party or the receiving party is considering a Transaction or that discussions or negotiations are taking or have taken place concerning a Transaction.***

(Emphasis added.)

     5.    Co-Op is also a party to an Asset Purchase Agreement with what is believed to be another of Caldic's subsidiaries—Caldic USA, Inc. The Asset Purchase Agreement reads in pertinent part as follows:

> Notwithstanding anything to the contrary contained in this Agreement, except as may be required to comply with the requirements of any applicable Law, ***from and after the date hereof, no party shall make any*** press release or similar public announcement or ***public communication relating to this Agreement*** unless specifically approved in advance by Buyer and Seller, which approval shall not be unreasonably withheld, conditioned or delayed. . . . .
>
> From and after the date hereof, each of Buyer and the Seller Parties shall, and shall cause each of their respective Affiliates to, keep confidential the terms and existence of this Agreement and the Transaction Documents and the negotiations relating thereto and all documents and information obtained by a party from another party in connection with the transactions contemplated hereby (collectively, the "Confidential Information") except (i) for disclosures otherwise made in satisfaction of any of the obligations under this Agreement or

the Transaction Documents, (ii) to the extent required by applicable Law, (iii) for disclosures necessary to enforce or give effect to the terms of this Agreement, and (iv) each of Buyer and the Seller Parties may disclose such information to such Person's equity holders or Affiliates, and their respective Representatives but subject to the provisions of the Confidentiality Agreement, dated August 3, 2017, by and between Caldic Canada Inc. and Seller (the "Confidentiality Agreement").

(Emphasis added.)

6. As explained in the accompanying Application, Co-Op contends that the "good cause" legal standard applies, because where where matters sought to be sealed are tangentially related to the case, the party seeking to seal such matter must show good cause for doing so. See *The Center for Auto Safety v Chrysler Group, LLC*, 809 F.3d 1092, 1098 (9th Cir. 2016); but see *Delphix Corp. v. Actifio, Inc.* 2014 WL 4145520 at *1, fn. 2. (N.D. Cal. 2014).

7. Central to this lawsuit is Co-Op's contention that T&L wrongfully interfered with Co-Op's negotiations with Caldic regarding Caldic's acquisition of Co-Op. Thus, certain information that may be subject to the confidentiality provisions referenced above is important background and context for the material allegations in the Joint Stipulation and supporting documents. Further, this information may be commercially sensitive for Caldic, such as the date the negotiations began and the specific amounts offered for the purchase.

8. Further, the Joint Stipulation and supporting documents contain information and references to documents that were the subject of the Protective Order. T&L has designated these documents as Confidential and Co-Op must file under seal to prevent breach of its obligations to T&L.

9. Co-Op does not believe anyone opposes the accompanying Application.

10. Attached hereto as Exhibit A is the REDACTED VERSION OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct

Executed this 28th day of December 2021 at Meadowbrook, Pennsylvania.

By: _____
Ned M. Gelhaar

6
DECLARATION OF NED M. GELHAAR, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE PORTIONS OF JOINT STIPULATION RE MOTION FOR *IN CAMERA* REVIEW AND/OR PRODUCTION OF DOCUMENTS UNDER SEAL